**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BancInsure, Inc.,

Plaintiff,

v.

Arteria Smith Watson, f/k/a Arteria L. Smith,

Defendant.

Civil No. 02-854 (DWF/SRN)

**ORDER**

---

Joseph A. Nilan, Esq., and David H. Gregerson, Esq., Gregerson, Rosow, Johnson & Nilan, 1600 Park Building, 650 Third Avenue South, Minneapolis, MN 55402-4337, counsel for Plaintiff.

Arteria Smith Watson, *Pro Se*, 439 Third Avenue South, South St. Paul, MN 55075, Defendant.

---

The above-entitled matter came before the Court on April 24, 2002, at which time the Court entered a Preliminary Attachment Order and set the matter for hearing on May 1, 2002, pursuant to Minn. Stat. § 570.025, subds. 4 and 5 (Supp. 2001).

At the May 1, 2002, hearing, David H. Gregerson, of Gregerson, Rosow, Johnson & Nilan, appeared on behalf of Plaintiff BancInsure, Inc. Defendant appeared on her own behalf, accompanied by her husband, Brian Watson.

Defendant moved the Court for a continuance of the hearing in order to consult and retain a lawyer.

Based upon the presentations of the parties and the procedural status of the case, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

FILED MAY 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

**Preliminary Attachment Order**

1. The Preliminary Attachment Order filed on April 24, 2002, shall remain in full force and effect until further order of the Court or release by the Plaintiff, whichever is earlier.

**Telephone Conference**

2. This matter is hereby set for a telephone conference for Monday, May 13, 2002, at 8:30 a.m. The purpose of the telephone conference will be to address the procedural status of the case and whether either party is requesting a hearing pursuant to Minn. Stat. § 570.025, subds. 4 and 5 (Supp. 2001), with respect to the Preliminary Attachment Order. The Court will initiate the phone call. In the event that either party is unavailable for the telephone conference on May 13, 2002, the party should immediately contact Lowell Lindquist, Calendar Clerk, at 651-848-1296, so that the matter can be rescheduled. This provision contemplates that counsel for both parties, should Defendant retain an attorney, will have contacted each other prior to the Court's teleconference.

3. Once retained, Counsel for Defendant is respectfully directed to notify the Court of his/her representation of Defendant and relevant contact information, by telephoning Lowell Lindquist, Calendar Clerk, at 651-848-1296.

4. Both parties reserve the right to request a hearing on the Preliminary Attachment Order.

Dated: May 1, 2002

DONOVAN W. FRANK
Judge of United States District Court