**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BancInsure, Inc., Civil No. 02-854 (DWF/SRN)

Plaintiff,

v. **ORDER**

Arteria Smith Watson, f/k/a Arteria L. Smith,

Defendant.

---

Joseph A. Nilan, Esq., and David H. Gregerson, Esq., Gregerson, Rosow, Johnson & Nilan, 1600 Park Building, 650 Third Avenue South, Minneapolis, MN 55402-4337, counsel for Plaintiff.

Arteria Smith Watson, *Pro Se*, 439 Third Avenue South, South St. Paul, MN 55075, Defendant.

---

The above-entitled matter came on before the Court on May 13, 2002, as a status conference which was conducted by way of a telephone conference. The Defendant remains unrepresented by counsel.

Based upon the presentations of the parties and the procedural status of the case, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**PRELIMINARY ATTACHMENT ORDER**

1. The Preliminary Attachment Order filed on April 24, 2002, shall remain in full force and effect until further order of the Court or release by the Plaintiff, whichever is earlier.

MAY 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendant's motion to stay the above-entitled matter pending the outcome of the criminal investigation purportedly underway in this case is respectfully **DENIED**.

Dated: May 13, 2002

DONOVAN W. FRANK
Judge of United States District Court