# UNITED STATES DISTRICT COURT

## District of Minnesota

BancInsure, Inc.,

Plaintiff,

-vs- Civil Action 02-854 DWF/SRN

Arteria Smith Watson
f/k/a Arteria F. Smith,

Defendant.

### CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Arteria Smith Watson f/k/a Arteria F. Smith is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Arteria Smith Watson f/k/a Arteria F. Smith

this 28th day of May, 2002.

RICHARD D. SLETTEN

By Shirley Hansen
Shirley Hansen, Deputy Clerk

17