# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BancInsure, Inc.,

Case No. Civil 02-854 DWF/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Arteria Smith Watson
f/k/a Arteria F. Smith,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

A default against defendant Arteria Smith Watson is hereby entered.

Judgment by default is entered against Arteria Smith Watson pursuant to Rule 55 of the Federal rules of Civil Procedure in the amount of $545,000.00.

BancInsure, Inc. shall have a lien of $545,000.00 upon the real property described as

Lot 11, Block 14, Riverside Park Addition
Dakota County, Minnesota

owned by Arteria Smith Watson subject to encumbrances of record.

A foreclosure sale shall be made of the aforesaid premises in the manner proved by law and proceeds shall be applied to the amount of judgment. In the event the proceeds of sale are not sufficient to pay and satisfy the amount of judgment, BancInsure, Inc. shall be entitled to a deficiency judgment.

DATE: June 18, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

20