# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BancInsure, Inc.,

v.

Arteria Smith Watson
f/k/a Arteria F. Smith,

Case No. Civil 02-854 DWF/SRN
AMENDED
**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT;

A default against defendant Arteria Smith Watson is hereby entered.

Judgment by default is entered against Arteria Smith Watson pursuant to Rule 55 of the Federal Rules of Civil Procedure in the amount of $545,000.00.

BancInsure, Inc. shall have a lien of $545,000.00 upon the real property described as:

Block 11, Block 14, Riverside Park Addition
Dakota County, Minnesota

owned by Arteria Smith Watson subject to encumbrances of record.

DATE: June 21, 2002

(22)

RICHARD E. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk